July 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

NATASHA WILLIAMS, Appellant

NO. 14-11-00816-CV                          V.

CANPRO INVESTMENTS, LTD. AS SUCCESSOR IN INTEREST TO CANIT
REGENCY UNLIMITED PARTNERSHIP, UNILEV MANAGEMENT CORP., AND
GTE MOBILNET OF SOUTH TEXAS LIMITED PARTNERSHIP D/B/A VERIZON
WIRELESS, A LIMITED PARTNERSHIP INCLUDING SAN ANTONIO MTA, L.P.,
Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Unilev Management Corp., signed August 26, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Natasha Williams, to pay all costs incurred in this appeal. We further order this decision certified below for observance.